# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| NANETTE RICHARDS § | |
| § | |
| v. § | Case No. 2:13-CV-686-JRG-RSP |
| § | |
| MANAGEMENT & TRAINING § | |
| CORPORATION § | |

## **ORDER**

Before the Court is Plaintiff's Motion to Compel (Dkt. 16) and Defendant's Motion to Strike Plaintiff's Motion to Compel for failure to meet and confer (Dkt. 17) (collectively referred to as the "Motions"). The Motions are **DENIED** without prejudice to refiling, and the parties are **ORDERED** to meet and confer on the issues raised in the Motions.

**SIGNED this 16th day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE